**AEE**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**FEBRUARY 8, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 841**

| | |
|---|---|
| In the Matter of<br>DR. HANSEL M. DEBARTOLO<br>v.<br>CATERPILLAR, INC. | Case Number: |

**JUDGE GUZMAN**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DR. HANSEL M. DEBARTOLO, PLAINTIFF

| | |
|---|---|
| NAME (Type or print)<br>STUART P. KRAUSKOPF | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ STUART P. KRAUSKOPF | |
| FIRM<br>THE LAW OFFICES OF STUART P. KRAUSKOPF | |
| STREET ADDRESS<br>30 N. LASALLE ST., SUITE 3124 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6190716 | TELEPHONE NUMBER<br>312-377-9592 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |