IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DEBARTOLO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-cv-841 |
| v. | ) | |
| | ) | Judge Guzman |
| CATERPILLAR, INC. | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, CATERPILLAR, Inc., moves for an extension of time until May 5, 2008 to file an Answer to Plaintiff's Complaint, or other response to the Complaint. Defendant states the following in support of this agreed Motion.

1. Plaintiff's Complaint was filed on February 8, 2008.

2. Defendant waived service on February 13, 2008.

3. Defendant's Answer or other response to the Complaint is currently due on April 14, 2008.

4. Due to the fact that Plaintiff's allegations date back to 1998, Defendant will need additional time to obtain and review all relevant information which pertains to Plaintiff's allegations and to properly respond to Plaintiff's allegations.

5. On April 7, 2008, Plaintiff's counsel agreed to an extension of time for Defendant to file an Answer or otherwise respond to the Complaint.

6. Defendant has not previously requested an extension of time in this matter.

WHEREFORE, Defendant respectfully requests that the Court grant it an extension of time until May 5, 2008 to Answer or otherwise respond to the Complaint.

| **Date:** April 10, 2008 | Respectfully submitted,<br><br>CATERPILLAR, INC.<br><br><br>By: __s/ Barbara H. Borowski___<br>           One of its attorneys |
|---|---|

Ian H. Morrison
imorrison@seyfarth.com
Barbara H. Borowski
bborowski@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn, Suite 2400
Chicago, IL  60603
Phone:  312/460-5000
Facsimile:  312/460-7000

# CERTIFICATE OF SERVICE

I, Barbara H. Borowski, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing Defendant's Agreed Motion For An Extension Of Time To File An Answer Or Otherwise Respond To Plaintiff's Complaint to be served upon the following via the Court's electronic notification system on this 10th day of April, 2008:

**Stuart Philip Krauskopf**
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street
#2200
Chicago, IL 60603


_____s/ Barbara H. Borowski_____
Barbara H. Borowski