IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-cv-841 |
| v. ) | |
| ) | Judge Guzman |
| CATERPILLAR, INC. ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SECOND AGREED MOTION FOR AN EXTENSION
OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT**

Defendant, CATERPILLAR, Inc., moves for a second extension of time until May 26, 2008 to file an Answer to Plaintiff's Complaint, or other response to the Complaint. Defendant states the following in support of this agreed Motion.

1. Plaintiff's Complaint was filed on February 8, 2008.

2. Defendant waived service on February 13, 2008. Defendant's Answer or other response to the Complaint was originally due on April 14, 2008.

3. Due to the fact that Plaintiff's allegations date back to 1998, Defendant requested additional time to obtain and review all relevant information which pertained to Plaintiff's allegations and to properly respond to Plaintiff's allegations. Defendant was granted an extension of time to file an Answer or other response to the Complaint until May 5, 2008.

4. On April 23, 2008, the parties held the Rule 26(f) conference and Plaintiff raised the possibility of settlement. The parties are currently engaged in settlement discussions and further Defendant has not yet obtained the entire claim file.

5. Given the amount at issue, Defendant feels that the costs associated with filing Answer or other response to the Complaint would hinder settlement discussions. As such, it seeks to postpone filing its Answer or other response to the Complaint pending the settlement discussions.

6. On May 1, 2008, Plaintiff's counsel agreed to an extension of time for Defendant to file an Answer or other response to the Complaint.

WHEREFORE, Defendant respectfully requests that the Court grant it an extension of time until May 26, 2008 to Answer or otherwise respond to the Complaint.

| **Date:** May 1, 2008 | Respectfully submitted, <br><br> CATERPILLAR, INC. <br><br><br> By: ___s/ Barbara H. Borowski___ <br> One of its attorneys |
|---|---|

Ian H. Morrison  
imorrison@seyfarth.com  
Barbara H. Borowski  
bborowski@seyfarth.com  
Seyfarth Shaw, LLP  
131 S. Dearborn, Suite 2400  
Chicago, IL  60603  
Phone:  312/460-5000  
Facsimile:  312/460-7000

## CERTIFICATE OF SERVICE

I, Barbara H. Borowski, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing Defendant's Agreed Motion For An Extension Of Time To File An Answer Or Otherwise Respond To Plaintiff's Complaint to be served upon the following via the Court's electronic notification system on this 1st day of May, 2008:

**Stuart Philip Krauskopf**
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street
#2200
Chicago, IL 60603

    s/ Barbara H. Borowski
    Barbara H. Borowski

CH1 11471455.1