IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-cv-841 |
| v. ) | |
| ) | Judge Guzman |
| CATERPILLAR, INC. ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  Stuart Philip Krauskopf
   The Law Offices of Stuart P. Krauskopf
   30 North LaSalle Street
   #2200
   Chicago, IL 60603

   PLEASE TAKE NOTICE that on Tuesday, May 13, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Guzman or any other judge sitting in his stead, in Room 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60603, and shall then and there present **DEFENDANT'S SECOND AGREED MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**, a copy of which is attached.

| **Date:  May 1, 2008**<br><br>Ian H. Morrison<br>imorrison@seyfarth.com<br>Barbara H. Borowski<br>bborowski@seyfarth.com<br>Seyfarth Shaw, LLP<br>131 S. Dearborn, Suite 2400<br>Chicago, IL  60603<br>Phone:  312/460-5000<br>Facsimile:  312/460-7000 | Respectfully submitted,<br><br>CATERPILLAR, INC.<br><br>By:  /s/ Barbara H. Borowski<br>   One of its attorneys |

## CERTIFICATE OF SERVICE

I, Barbara H. Borowski, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing Defendant's Notice of Motion to be served upon the following via the Court's electronic notification system on this 1st day of May, 2008:

Stuart Philip Krauskopf<br>
The Law Offices of Stuart P. Krauskopf<br>
30 North LaSalle Street<br>
#2200<br>
Chicago, IL 60603

/s/ Barbara H. Borowski