IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DEBARTOLO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-cv-841 |
| v. | ) | |
| | ) | Judge Guzman |
| CATERPILLAR INC. | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff DR. HANSEL M. DEBARTOLO ("DeBartolo"), by his attorneys, the Law Office of Stuart P. Krauskopf P.C., and Defendant CATERPILLAR INC. ("Caterpillar"), by its attorneys, Seyfarth Shaw LLP, hereby submit their Joint Status Report pursuant to Judge Ronald Guzman's Case Management Procedures and state as follows:

(i) <u>Nature of the case</u>: On February 8, 2008, the Plaintiff filed a two-count Complaint seeking recovery of benefits in the amount of $32,326.40 under a patient's employee welfare benefit plan ("Plan") and statutory penalties pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, <u>et seq.</u> ("ERISA").

Defendant's answer to the complaint or other responsive pleading was originally due on April 14, 2008. Defendant filed an agreed motion for extension of time until May 5, 2008 to file an answer or other responsive pleading. Defendant has filed a second motion for extension of time until May 26, 2008 to answer or other responsive pleading due to settlement discussions which began on April 23, 2008 and due to the fact that the claims date back to 1999 and therefore Defendant has not yet obtained the entire claim file relevant to this matter.

(ii) <u>Issues</u>: Plaintiff's claim is predicated on numerous claims for benefits for services rendered by the Plaintiff to Juana Perez (a Plan participant) in 1999. In addition, the Plaintiff seeks statutory penalties for failing to receive Plan information in response to a written request.

Defendant takes the position that plaintiff is not a Plan participant and that the anti-assignment provision in the Plan bars Plaintiff's claim. In addition, Defendant denies that the claims for benefits should have been granted or that Plaintiff is entitled to any statutory penalties.

(iii) <u>Settlement Discussions</u>: The parties are currently engaged in settlement discussions.

(iv) <u>Discovery</u>: The parties have agreed to postpone discussions regarding discovery until after Defendant has responded to Plaintiff's Complaint.

Plaintiff anticipates that there may be a need for written discovery. Plaintiff would ask for sixty days to file and serve such discovery. If a need for depositions arises, Plaintiff would ask for 90 days.

Defendant takes the position that this is an action for review on a closed administrative record. As a result, discovery is precluded. *See Semien v. Life Ins. Co. of North America*, 436 F.3d 805, 814-815 (7th Cir. 2006); *see also, Perlman v. Swiss Bank Corp.*, 195 F.3d 975, 980 (7th Cir. 2000) (holding that "[d]eferential review of an administrative decision means review of the administrative record," therefore, the district court erred in permitting discovery); *Peltzer v. Life Ins. Co. of North America,* No. 01 C 2585, 2002 WL 1858786, *2 (N.D. Ill. Aug. 13, 2002) (denying plaintiff's request to depose the employees who made the decision to deny plaintiff's claim, on the basis that arbitrary and capricious review is limited to documents in the administrative record). Defendant further states no discovery regarding Plaintiff's statutory penalty claim is necessary because the anti-assignment provision prohibits participants from assigning their rights under the Plan. As such, both counts in the Complaint are based upon

interpretation of Plan documents and thus should be decided under an abuse of discretion standard based upon a review of the administrative record.

Respectfully submitted,

By: /s/ Stuart P. Krauskopf          By: /s/ Barbara H. Borowski
    One of the Attorneys for Plaintiff              One of the Attorneys for Defendant

Stuart P. Krauskopf  
Lindsay M. Malitz  
Michael A. Schnitzer  
The Law Offices of Stuart P. Krauskopf  
30 North LaSalle Street  
Suite 3124  
Chicago, Illinois 60602  
312-377-9592  
Atty. No. 41590  

Ian H. Morrison  
imorrison@seyfarth.com  
Barbara H. Borowski  
bborowski@seyfarth.com  
SEYFARTH SHAW LLP  
131 South Dearborn Street  
Suite 2400  
Chicago, IL 60603  
(312) 460-5000 (telephone)  
(312) 460-7000 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that on May 5, 2008 I electronically filed the foregoing Case Status Plan with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following registered CM/ECF participant:

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street
Suite 3124
Chicago, Illinois 60602

**DATED** this 5th day of **May, 2008.**

                                              By:   /s/ Barbara Borowski