IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DEBARTOLO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-cv-841 |
| v. | ) | |
| | ) | Judge Guzman |
| CATERPILLAR, INC. | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Barbara Borowski
      Ian Morrison
      Seyfarth Shaw LLP
      131 South Dearborn St., Suite 2400
      Chicago, IL 60603
      imorrison@seyfarth.com
      bborowski@seyfarth.com


   PLEASE TAKE NOTICE that on May 22, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ronald A. Guzman, or whomever may be sitting in his stead, in Room 1219 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL and then and there present the attached MOTION FOR SUBSTITUTION OF ATTORNEYS, a copy of which has been served on you.

                              Respectfully submitted,

                              s/Stuart P. Krauskopf
                              Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorney of record:

Barbara Borowski
bborowski@seyfarth.com

Ian Morrison
imorrison@seyfarth.com

                                              Respectfully submitted,

                                              s/Stuart P. Krauskopf
                                              Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590