IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CATERPILLAR, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)　No. 08-cv-841<br>)<br>)　Judge Guzman<br>)　Magistrate Judge Cole<br>)<br>) |

## STIPULAITON OF DISMISSAL WITH PREJUDICE

Defendant Caterpillar, Inc. ("Defendant") and Plaintiff Dr. Hansel M. DeBartolo ("Plaintiff") by their respective attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and pursuant and subject to their confidential settlement agreement, stipulate to the dismissal, with prejudice, of all claims by Plaintiff. Each party will bear its own costs and attorneys' fees.

By: __s/ Talbot C. Hoevel__　　　　　　　　　By: __s/ Ian H. Morrison__

Talbot C. Hoevel
HOEVEL & ASSOCIATES, P.C.
3725 N. Western
Chicago, IL 60618
(773) 539-0937
ARDC # 6194281

Ian H. Morrison
Barbara H. Borowski
SEYFARTH SHAW LLP
131 S. Dearborn, Suite 2400
Chicago, IL 60603
(312) 460-5000
imorrsion@seyfarth.com
bborowski@seyfarth.com

CH1 11510708.1